1 STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
2 JAMIE A. RADACK (221000)
jradack@hayesdavis.com
3 HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT LLP
203 Redwood Shores Pkwy., Suite 480
4 Redwood City, CA 94065
Telephone: 650.637-9100
5 Facsimile: 650.637-8071

6 Attorney for Defendants
ROGER BOGNER and DREAMWEAVER LURE COMPANY, INC.
7 d/b/a DREAMWEAVER LURE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JERRY BECHHOLD, | CASE NO. C07-0870 SBA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE ENE COMPLETION DEADLINE |
| v. | |
| ROGER BOGNER, individually, DREAMWEAVER LURE CO. and DOES I through X, | |
| Defendants. | |

Plaintiff Jerry Bechhold and defendants Roger Bogner and Dreamweaver Lure Co. hereby stipulate to continue the deadline to complete Early Neutral Evaluation from September 6, 2007 to December 14, 2007.

Dated: 09-20, 2007

By _____
JERRY BECHHOLD
IN PRO PER

Dated: 9/20, 2007

HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP

By _____
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorney for Defendants
ROGER BOGNER and DREAMWEAVER LURE COMPANY, INC. d/b/a DREAMWEAVER LURE CO.

146836 -1-
STIPULATION TO CONTINUE THE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION – CASE NO. C07-0870 SBA

1  IT IS SO ORDERED:
2
3  Dated: _October 2_____, 2007          *Saundra B. Armstrong*
4                                     HONORABLE SAUNDRA BROWN ARMSTRONG
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

146836                              -2-
STIPULATION TO CONTINUE THE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION – CASE NO. C07-0870 EDL